JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA, | Case No. CV 21-7089 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SIMON MASSACHI, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 28th day of December, 2021.

/s/
Fernando M. Olguin
United States District Judge